IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


UNITED STATES OF AMERICA

vs.                                      CASE NO.  4:05cr34-SPM

DARON D. ALEXANDER,,
         Defendants.


## ORDER SETTING TRIAL AND OTHER PRE-TRIAL MATTERS

A.  TRIAL AND VOIR DIRE PROCEDURE

       1.  This case will be tried during the trial period commencing **August 15, 2005** at 8:30 a.m. at the Federal Courthouse, 111 N. Adams Street, Tallahassee, Florida, with <u>Jury Selection</u> to begin at 9:00 a.m. An <u>Attorney Conference</u> is scheduled  for 8:30 a.m. on that date.

       2.  Voir Dire examination of jurors will be conducted by the court.  If a party wishes to submit voir dire questions for the court's consideration, the same must be in writing and filed with the Clerk of Court at least seven (7) days prior to trial, with copy to opposing counsel.  At the conclusion of the Court's voir dire examination, reasonable opportunity will be given for counsel to ask questions they believe should properly be asked because of answers given or other matters occurring during voir dire, not satisfactorily explained by the court's inquiry.

       3.  Jury selection will be accomplished in the following manner:

The entire panel will be examined, after which the attorneys will be given the opportunity to exercise their challenges.  Backstriking will not be permitted unless otherwise indicated by the presiding judge.

       4.  Prior to jury selection, all parties are requested to determine whether they would be willing to stipulate completing the trial with less than twelve (12) jurors, in the event jurors, after being sworn, become disabled or otherwise excused by the Court.

B.        DISCOVERY AND INSPECTION

       1.  Any request for disclosure of evidence, information or discovery under Federal Rule of Criminal Procedure 16 by the defendant shall be made no later than five (5) working days following the date of this Order.  Within (5) working days after receipt of defendant's request, the government shall

provide defendant with the evidence, information or discovery so requested.  If the defendant requests disclosure under Federal Rule of Criminal Procedure 16(a)(1)(C) or (D), the government shall have three (3) working days thereafter to make request of the defendant under Federal Rule of Criminal Procedure 16(b)(1)(A) and (B).  Within five (5) working days after receipt of the government's request, the defendant shall provide the government with the evidence, information or discovery so requested.  See N.D. Fla. Loc. R. 26.3(C).

       2. Counsel for the parties, or the defendant if not represented by counsel, and counsel for the government shall agree on the time, place and manner of the disclosure of such evidence, information and discovery and of any inspection or photocopying required.  The parties' attention is directed to Federal Rule of Criminal Procedure 16(c), (d) and (e).

       3. As used in this Order, working days include all days except Saturdays, Sundays, and federal legal holidays.

C.     BRADY MATTERS

The United States Attorney shall disclose any evidence favorable to the defendant on the issues of guilt or innocence, without regard to materiality.  Counsel for the defendant, or the defendant if not represented by counsel, shall be provided such evidence promptly after the United States Attorney acquires knowledge thereof.  See Brady v. Maryland, 373 U.S. 83 (1963).

D.     NOTICE OF ALIBI AND OF DEFENSE BASED UPON MENTAL CONDITION OR ENTRAPMENT

The parties' attention is directed to Federal Rules of Criminal Procedure 12.1 and 12.2, and Northern District of Florida Local Rule 26.3(F).

E.     MOTIONS BEFORE TRIAL

All pretrial motions permitted or required under the Federal Rules of Criminal Procedures shall be filed no later than ten (10) days after the date of this Order, unless a different time is prescribed by the Federal Rules of Criminal Procedure, an Act of Congress, the Local Rules of this Court, or by the Court at the time of arraignment.  The parties' attention is particularly directed to Rule 7.1 of the Northern District of Florida Local Rules.

F.     MOTIONS GENERALLY

All motions shall be accompanied by a written statement certifying that counsel for the moving party, or the moving party if not represented by counsel, has conferred with opposing counsel or party, as the case may be, in a good faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, has been unsuccessful.  If certain issues have been resolved by agreement, the written statement shall specify the issue so resolved and those remaining for resolution. All motions which require evidentiary support shall be accompanied by a signed statement of facts relied upon for the motion.

G.     PLEA BARGAINING

The parties shall immediately advise the Court's secretary and the Clerk of the Court of any plea bargain agreement and arrange for the rearraignment of the defendant in sufficient time prior to trial to

permit the excusing of witnesses and jurors and revision of the Court calendar should the negotiated plea be accepted by the Court. Such rearraignment, unless the Court otherwise provides, shall be accomplished no later than four (4) working days prior to the trial date.

H. WITNESS LISTS, SUMMARIES, AND TIME ESTIMATES

At least seven (7) days prior to the trial date, each party shall file a witness list that includes a summary of each witness's testimony and an estimate of the length of time that testimony will take to present.

I. JURY INSTRUCTIONS AND VERDICT FORM

In addition to other matters, at the conference required under Northern District of Florida Local Rule 26.3(G), the parties shall discuss jury instructions and make every effort in good faith to agree upon a set of proposed instructions. All jury instructions to which the parties agree, along with a proposed verdict form, shall be submitted in final form to the Court at the attorney conference scheduled for the day of jury selection. If a party wishes to propose an instruction to which another party does not agree, the party proposing the instruction shall submit the instruction separately along with a memorandum of law.

J. EXHIBITS

All exhibits shall be pre-marked by counsel or the parties prior to trial, in accordance with the guidelines provided by the Clerk of Court.

K. CONTINUING NATURE OF ORDER

This Order is continuing in nature and applies throughout trial.

SO ORDERED this 15th day of July, 2005.

s/Robert L. Hinkle<br>Chief United States District Judge

Copies furnished:
United States Attorney
Attorney for the Defendant