IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 4:05r34-MW/MJF

DARON D. ALEXANDER,

    Defendant/Petitioner.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 79. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 69, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on February 20, 2019.**

                                  **s/ MARK E. WALKER**
                                  **Chief United States District Judge**

---

[1] Petitioner was granted an extension to February 14, 2019, in which to file objections, however no objection has been filed as of the date of this order.